UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIPRIANO M GUERRERO, et al.,
Plaintiffs,

v.

FORD MOTOR COMPANY,
Defendant.

Case No. 25-cv-01519-PCP

**ORDER TO SHOW CAUSE**

Re: Dkt. Nos. 21, 22, 23

The joint case management statement in this case was due on October 15, 2026. *See* Dkt. No. 21. Neither party submitted any filing by that date. On October 16, 2026, the Court noted that the parties had missed the deadline and ordered the parties to file a joint case management statement by October 19, 2026. *See* Dkt. No. 22. Plaintiffs filed a case management statement on October 19, 2026, and explained in their filing that they had emailed Ford Motor Company three times earlier that day but did not hear back, so plaintiffs filed the case management statement alone. *See* Dkt. No. 23. Ford Motor Company then failed to appear at the case management conference on October 22, 2026. *See* Dkt. No. 26.

Ford Motor Company is ordered to show cause by October 30, 2026, why it failed to file a joint case management and why it failed to appear at the case management conference. The case management conference is rescheduled for December 3, 2026, at 2:00 PM. A joint case management statement is due by November 25, 2026.

**IT IS SO ORDERED.**

Dated: October 23, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California